UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARTIN WALTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:13-CV-388-CCS |
| ) | |
| AUTO-OWNERS MUTUAL INS. CO., ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 13].

On September 17, 2014, the Court entered an Order holding Plaintiffs' Motion to Dismiss Voluntarily without Prejudice [Doc. 34] in abeyance. Since that time the parties have filed additional motions and appeared before the Court to address this case. Based upon the recent developments in this case, the Court finds that the Motion to Dismiss Voluntarily Without Prejudice **[Doc. 34]** is well-taken, and it is **GRANTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

ENTER:

　　s/ C. Clifford Shirley, Jr.
United States Magistrate Judge